UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**07-61041 CIV-UNGARO**

CASE NO.

MAGISTRATE JUDGE
O'SULLIVAN

DONALD A. YARBROUGH,

Plaintiff,

v.

BONDED CREDIT BUREAU, INC.,
d/b/a DRS BONDED COLLECTION SYSTEMS,

Defendant.

_____/

FILED BY
2007 JUL 26   AM 10: 40
CLERK U.S. DIST. CT.
S.D. OF FLA.-FT.L.

## COMPLAINT
## JURY DEMAND

1.      Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices

Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.      This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and

15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here

and Defendant placed telephone calls into this District.

## PARTIES

3.      Plaintiff, DONALD A. YARBROUGH, is a natural person who

resides in Broward County, Florida.

4.      Defendant, BONDED CREDIT BUREAU, INC. d/b/a DRS
BONDED COLLECTION SYSTEMS, is a corporation with its principal place of
business at 7745 East Kemper Road, Cincinnati, Ohio 45249.

5.      The Defendant regularly uses the United States Mail and or
instrumentalities of interstate commerce in a business the principal purpose of
which is the collection of debts or regularly collects or attempts to collect debts for
other parties.  It is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

6.      On July 26, 2006, Defendant telephoned Plaintiff seeking to collect an
alleged debt incurred for repair of a refrigerator at Plaintiff's residence. The repair
was completely ineffective and the original creditor, Sears, breached its obligation
to properly repair the refrigerator. The alleged debt is totally invalid and Plaintiff
properly disputed the debt in writing as required by the Fair Credit Billing Act, 15
U.S.C §1601 *et seq*. with the original creditor who ignored the dispute.

7.      Defendant left the following message on Plaintiff's voice mail on July
26, 2006:

> I am trying to reach Donald Yarbrough.  This is Lucy Ferguson.  You
> are going to have to return my phone call today, July 26, 2006.  I will
> be in the office until 9:00 p.m. Eastern Standard Time.  The number
> here is 800-593-1316.  My direct extension is 5563.  You can
> reference number G82813.  Thank you.

2

8.      The July 26, 2006 telephone message was Defendant's first communication with the Plaintiff regarding the alleged debt.

9.      After July 26, 2006, Defendant left numerous similar telephone messages for Plaintiff at the separate residence of Plaintiff's relative. At the time Defendant communicated with Plaintiff's relative, Defendant was in possession of Plaintiff's address and telephone number and had no legitimate business reason to communicate with Plaintiff's relative.

10.     The messages are "communications" as defined by 15 U.S.C. §1692a(2).

11.     On July 26, 2006, Plaintiff transmitted a written request via facsimile to Plaintiff's place of employment addressed to Plaintiff's employer seeking information about Plaintiff. At the time Plaintiff transmitted its request, Plaintiff was in possession of Plaintiff's address and telephone number and had no legitimate business reason to communicate with any third party regarding the alleged debt.

## COUNT I
## COMMUNICATION WITH THIRD PARTY

12.     Plaintiff incorporates Paragraphs 1 through 11.

13.     Defendants communicated with a third party, Plaintiff's employer, in violation of 15 U.S.C §1692c(b).

3

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages.

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO DISCLOSE ATTEMPT TO COLLECT DEBT

14.     Plaintiff incorporates Paragraphs 1 through 11.

15.     In its July 26, 2006, telephone message to Plaintiff, Defendant failed to disclose that it was attempting to collect a debt and that any information obtained will be used for that purpose in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (D. Fla. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

      a.     Damages.

      b.     Attorney's fees, litigation expenses and costs of suit; and

      c.     Such other or further relief as the Court deems proper.

## COUNT III
## COMMUNICATION WITH THIRD PARTY

16.     Plaintiff incorporates Paragraphs 1 through 11.

17.    Defendants communicated with a third party, Plaintiff's relative, in violation of 15 U.S.C §1692c(b).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.    Damages.

        b.    Attorney's fees, litigation expenses and costs of suit; and

        c.    Such other or further relief as the Court deems proper.

**COUNT IV**
**FLORIDA CONSUMER COLLECTION PRACTICES ACT REGARDING**
**THIRD PARTY COMMUNICATION WITH RELATIVE**

18.    Plaintiff incorporates Paragraphs 1 through 11.

19.    Defendant violated the Florida Consumer Collection Practices Act by willfully engaging in conduct which can reasonably be expected to abuse or harass the Plaintiff when Defendants communicated with Plaintiff's relative in violation of Florida Statue §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

        a.    Damages.

        b.    Attorney's fees, litigation expenses and costs of suit; and

        c.    Such other or further relief as the Court deems proper.

## COUNT V
## FLORIDA CONSUMER COLLECTION PRACTICES ACT REGARDING
## THIRD PARTY COMMUNICATION WITH EMPLOYER

20.   Plaintiff incorporates Paragraphs 1 through 11.

21.   Defendant violated the Florida Consumer Collection Practices Act by willfully engaging in conduct which can reasonably be expected to abuse or harass the Plaintiff when Defendants communicated with Plaintiff's employer in violation of Florida Statue §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendants for:

  a.   Damages.

  b.   Attorney's fees, litigation expenses and costs of suit; and

  c.   Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this _25_ day of July, 2007.

      DONALD A. YARBROUGH, ESQ.
      Attorney for Plaintiff
      Post Office Box 11842
      Ft. Lauderdale, FL 33339
      Telephone: 954-537-2000
      Facsimile: 954-566-2235
      donyarbrough@mindspring.com

By: _____

6

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658


JOEL D. LUCOFF, ESQ.
Attorney for Plaintiff
12925 Southwest 30 Street
Miramar, FL  33027-5307
Telephone: 954-885-7624
Facsimile: 954-885-7625
Email: jdlucoff@adelphia.net

Joel D. Lucoff, Esq.
Florida Bar No. 192163

7

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**
Donald A. Yarbrough

**07 - 61041   CIV-UNGARO**   MAGISTRATE JUDGE   O'SULLIVAN

**DEFENDANTS**
First Credit Bureau, Inc., d/b/a Bonded Collection Systems

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION
OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842
FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000

ATTORNEYS (IF KNOWN)

07cv61041-UU/JNO

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II.   BASIS OF JURISDICTION**
(PLACE AN X IN ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III.   CITIZENSHIP OF PRINCIPAL PARTIES**
(For Diversity Case Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | ☐ 2 | ☐ 2 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 3 | ☐ 3 |

**IV.   CAUSE OF ACTION**   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.**   1-2   days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act

**NATURE OF SUIT**   (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 362 Pers. Injury-Med Malpractice | | | |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury-Prod. Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personnel Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities /Commodities /Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personnel Property Damage | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure B | ☐ 442 Employment | ☐ 530 General* | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other* | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights *A or B | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | | | | ☒ 890 Other Statutory Actions* *A or B |

**VI. ORIGIN**   (PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5. Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A ☐ UNDER F.R.C.P.23   CLASS ACTION No   DEMAND $ N/A   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See Instructions):   JUDGE   DOCKET NUMBER

DATE: July 25, 2007   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT   FOR OFFICE USE ONLY: Receipt No 540561   Amount: 350
S/F 1-2 REV. 9/94   Date Paid:   M/ifp: