UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 07-61041-CIV-UNGARO

DONALD A. YARBROUGH,
    Plaintiff,

vs.

BONDED CREDIT BUREAU, INC. D/B/A
DRS BONDED COLLECTION SYSTEMS

    Defendant.
_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court upon the Plaintiff's Notice of Voluntary Dismissal, filed August 9, 2007 (DE 7).

THIS COURT has considered the Notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. Pro. 41(a)(1) this Cause is DISMISSED WITHOUT PREJUDICE. It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of August, 2007.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge O'Sullivan
counsel of record